1  Leith B. Hansen, No. 109320
   JACOBSON, HANSEN, NAJARIAN & McQUILLAN
2  A Professional Corporation
   1690 W. Shaw Avenue, Suite 201
3  Fresno, California 93711                    *E-FILED - 9/24/09*
   Telephone: (559) 448-0400
4  Facsimile: (559) 448-0123

5  Attorney for Defendant(s), LITHIA JEF, INC. dba LITHIA HYUNDAI OF FRESNO

6

7
                UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
8
                                       SAN JOSE DIVISION
9

10
    MARIA E. RODRIGUEZ,                        Case No.: CV 09 2423 RMW HRL
11
                 Plaintiff(s),
12                                              STIPULATION FOR DISMISSAL;
         v.                                     ORDER
13
    LITHIA HYUNDAI OF FRESNO,
14
                 Defendant(s).
15

16

17

18       IT IS HEREBY STIPULATED by and between plaintiff, MARIA E. RODRIGUEZ,

19  through her attorney of record G. Thomas Martin, III, and defendant LITHIA JEF, INC. dba

20  LITHIA HYUNDAI OF FRESNO, through their attorney Leith B. Hansen, as follows:

21       Plaintiff's entire complaint on file herein, shall be dismissed with prejudice. Each

22  party shall bear their own costs and attorney fees.

23  IT IS SO STIPULATED.

24  Dated: 9/9____, 2009           KROHN & MOSS, LTD

25

26                                 By: _____
27                                     G. THOMAS MARTIN, Attorney for MARIA E.
                                       RODRIGUEZ
28

1  
2  IT IS SO STIPULATED.  
3  Dated: August 27, 2009          JACOBSON, HANSEN, NAJARIAN & McQUILLAN  
4  
5                                  By: _____  
6                                  LEITH B. HANSEN, Attorneys for Defendant, LITHIA JEF, INC. dba LITHIA HYUNDAI OF FRESNO  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Stipulation for Dismissal; Order – Page 2

## ORDER

Rodriguez v. Lithia
United States District Court, Northern District of California, San Jose Division
Case No.: CV 09 2423 RMW HRL

IT IS SO ORDERED.

Dated: 9/24 , 2009            By: *Ronald M. Whyte*
                                  District Judge Ronald M. Whyte